FILED
2007 Mar-12 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. SHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: |
| | ) | |
| v. | ) | CV-06-RRA-0013-S |
| | ) | |
| O'CARRS MANAGEMENT CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| O'CARRS MANAGEMENT CORPORATION, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-06-RRA-306-S |
| PATRICIA SHEELER, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case comes before the court on the motion for attorney's fees filed by O'Carrs. (Doc. 34). The magistrate judge issued a report and recommendation on January 19, 2007, recommending that the motion be denied. The time for objections has elapsed and no objections have been filed.

Having reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court accepts the recommendation of the Magistrate Judge. The motion for attorney's fees is hereby **DENIED**, and the Clerk shall now proceed to remand CV-06-RRA-306-S to the state court from which it was removed, in accordance with the court's order of

January 18, 2007. The other case in this consolidated action shall remain with Magistrate Judge Armstrong for further proceedings.

**DONE,** this the 9th day of March, 2007.

                                      */s/ Sharon Lovelace Blackburn*
                                      SHARON LOVELACE BLACKBURN
                                      CHIEF UNITED STATES DISTRICT JUDGE